WOLCOTT COOK et al., Respondents, *v.* LAURA M. GILL et al., Individually and as Executors of FRANK B. GILL, Deceased, Appellants.

Submitted June 18, 1941; decided October 23, 1941.

Motion for leave to amend return on appeal so as to include the judgment of affirmance entered upon the order of the Appellate Division, third department, in the Madison County Clerk's office on August 17, 1940, denied without prejudice to a motion for reargument of the main appeal upon a complete record. The appeal having been dismissed, we have no jurisdiction to grant the present motion to amend the record. (See 285 N. Y. 780.)